IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BING ZE DING, | : | |
| | : | Civil Action No. 4:CV-05-947 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | (Judge McClure) |
| BUREAU OF IMMIGRATION AND | : | |
| | : | (Magistrate Judge Blewitt) |
| CUSTOMS ENFORCEMENT, et al. | : | |
| | : | A 79 735 410 |
| Respondents. | : | |

**O R D E R**

June 21, 2005

**BACKGROUND:**

On May 9, 2005, petitioner Bing Ze Ding, a former inmate in the custody of ICE detained at York County Prison, York, Pennsylvania, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.  The petition challenged Ding's continued detention by ICE and sought only release from ICE custody under an order of supervision.  The matter was initially assigned to Magistrate Judge Thomas M. Blewitt.

On May 11, 2005, Magistrate Judge Blewitt ordered respondents to show cause within twenty (20) days why the writ of habeas corpus should not be issued.

On May 31, 2005, respondents provided notice of Ding's release from custody. Therefore, Ding has received the relief he requested.

On June 3, 2005, Magistrate Judge Blewitt issued a thorough five-page report and recommendation on the matter recommending that Ding's petition for writ of habeas corpus be dismissed as moot.  Ding has filed no objections to the report and recommendation.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1.  Magistrate Judge Blewitt's June 3, 2005 Report and Recommendation is adopted in whole for the reasoning set forth therein.  (Rec. Doc. No. 7.)

2.  Ding's petition for writ of habeas corpus  under 28 U.S.C. § 2241 is dismissed as moot.  (Rec. Doc. No. 1.)

3.  The clerk is directed to close the case file docketed to Civil Action No. 4:CV-05-947.

    s/ James F. McClure, Jr.
James F. McClure, Jr.
United States District Judge